RUBBER AND CHEMICAL CENTER, INC., ET AL. *v.*
JOSEPH THALBERG, ADMINISTRATOR, ET AL.

The defendants' motion for an extension of time in which to file a brief in support of their motion to dismiss the appeal from the Superior Court in Hartford County is dismissed as moot.

*Mark H. Swerdloff,* in support of the motion.

Submitted December 23, 1975—decided January 6, 1976

STATE OF CONNECTICUT *v.* SALVO N. FALZONE

The state's petition for certification for appeal from the Appellate Session of the Superior Court is granted.

*Robert E. Beach, Jr.,* office of the chief state's attorney, in support of the petition.

Submitted January 9—decided January 13, 1976

EASTERN CONNECTICUT CABLE TELEVISION, INC. *v.*
PUBLIC UTILITIES COMMISSION

No appeal having been filed in this matter, the motion of the defendant office of consumer counsel to dismiss the plaintiff's appeal is dismissed.

No appeal having been filed in this matter, the motion of the defendant public utilities commission to dismiss the plaintiff's appeal is dismissed.

*David Silverstone,* consumer counsel, for the appellee (defendant office of consumer counsel).

*Robert S. Golden, Jr.,* assistant attorney general, for the appellee (named defendant).